# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **KARL DEAN PENTECOST** | **CIVIL ACTION NO. 3:18-1610** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LOUISIANA SAFETY ASSOCIATION OF TIMBERMEN SELF INSURERS FUND** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

After considering the Bankruptcy Judge's Report and Recommendation and after conducting a *de novo* review of the entire record, including Plaintiff's objections, and finding that the Bankruptcy Judge correctly stated and applied the law, the Court hereby ADOPTS the Report and Recommendation. For the reasons stated therein,

**IT IS ORDERED, ADJUDGED, AND DECREED** Plaintiff's Complaint is **DISMISSED** for lack of subject-matter jurisdiction.

**IT IS FURTHER ORDERED** that Plaintiff's additional request for a temporary restraining order **is DENIED AS MOOT.**

Monroe, Louisiana, this 29th day of July, 2019.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**